IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MISSY LOWELL[1], | § | |
| | § | No. 262, 2020 |
|     Petitioner Below, | § | |
|     Appellant, | § | |
| | § | Court Below−Family Court |
|     v. | § | of the State of Delaware |
| | § | |
| BRENDA CLINE, | § | File No.     CN19-04414 |
| | § | Petition No. 20-10564 |
|     Respondent Below, | § | |
|     Appellee. | § | |

Submitted: February 24, 2021
Decided:    March 1, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## **ORDER**

This 1st day of March, 2021, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its letter decision and order dated July 14, 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Chief Justice

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).